NDFL Prob 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Florida

UNITED STATES OF AMERICA

V.     Crim. No. 1:00CR41-005(S)

BERNADETTE RAY

On February 9, 2001 the above named was placed on Probation for a period of five (5) years. She has complied with the rules and regulations of Probation and is no longer in need of Probation supervision. It is accordingly recommended that Bernadette Ray be discharged from Probation.

Respectfully submitted,

Edward A. Emery  
Sr. U. S. Probation Officer

FILED  
05 JUN -9 AM 11:09  
OFFICE OF CLERK  
U.S. DISTRICT CT.  
NORTHERN DIST. FLA.  
GAINESVILLE, FLA.

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 9TH day of June, 2005.

Maurice M. Paul  
Senior United States District Judge